# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR08-5766RJB |
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATED MOTION TO EXTEND INDICTMENT DEADLINE |
| HUMBERTO LOPEZ-ESTRADA, | |
| Defendant. | |

Upon stipulation of the parties to continue the speedy indictment time to allow counsel to continue to investigate and negotiate this case, and upon the defendant's Waiver of Right to Speedy Indictment, the Court finds that such a continuance would serve the ends of justice, and that the failure to grant such continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, therefore,

//
//
//
//
//

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE – 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

1

2      IT IS HEREBY ORDERED that the time to file an indictment be continued to January

3 9, 2009. The period of delay resulting from this continuance from December 5, 2008 to

4 January 9, 2009, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A)

5 and (B).

6      DONE this 2nd day of December, 2008.

7

8

9                                  _____

                                  Robert J Bryan

10                                 United States District Judge

11

12 Presented by:

13

14

15 */s/ Miriam Schwartz*

Miriam F. Schwartz

16 Attorney for Defendant

17

18 */s/ Matthew D. Diggs*

Matthew D. Diggs

19 Assistant United States Attorney

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE  – 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**